# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLINE THIE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY CHRISTOPHER, et al.,<br><br>　　　　　Defendants. | Case No. CV 17-7841 FMO (ASx)<br><br><br>**ORDER TO SHOW CAUSE** |

　　　　Plaintiff filed her Complaint on October 26, 2017, against two defendants, including Anthony Christopher ("Christopher"). (See Dkt. 1, Complaint). By order dated January 17, 2018, plaintiff was ordered to show cause, on or before January 24, 2018, why Christopher should not be dismissed for lack of prosecution for failure to complete service of the summons and complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure.[1] (See Dkt. 15, Court's Order of January 17, 2018). Plaintiff was admonished that "[f]ailure to file a timely response to th[e] Order to Show Cause may result in [Christopher] being dismissed for lack of prosecution and for failure to comply with the orders of the court[.]" (Id.); see also Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962). As of the date of this Order, plaintiff has not filed a response to the OSC. (See, generally, Dkt.).

　　　　Absent a showing of good cause, an action must be dismissed without prejudice if the

---

[1] Unless otherwise indicated, all "Rule" references are to the Federal Rules of Civil Procedure.

summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). However, the court will grant plaintiff one final opportunity to comply with Rule 4(m). Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file a proof of service relating to defendant Anthony Christopher no later than **February 15, 2018**.

2. Plaintiff is again admonished that failure to respond to the OSC or file a proof of service by the February 15, 2018, deadline will result in the action being dismissed without prejudice for lack of prosecution and/or failure to comply with the orders of the court. See Fed. R. Civ. P. 41(b); Link, 370 U.S. at 629-30, 82 S.Ct. at 1388.

3. The Order to Show Cause Re: Dismissal Re: Lack of Prosecution, is hereby continued pending compliance with paragraph one above.

Dated this 1st day of February, 2018.

                                              /s/
                              Fernando M. Olguin
                            United States District Judge