# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-7841 FMO (ASx) | Date | April 2, 2019 |
| Title | Carline Thie v. Anthony Christopher, et al. | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of April 25, 2018, the parties were required to complete a settlement conference before the assigned magistrate judge no later than October 31, 2018. (See Dkt. 27, Court's Order of April 25, 2018, at 17). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See id.). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id.). Pursuant to the Court's Order of December 20, 2018, the settlement conference deadline was extended to March 22, 2019.

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **April 9, 2019**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Orders of April 25, 2018 and December 20, 2018. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

| | | |
|---|---|---|
| | 00 : 00 |
| Initials of Preparer | vdr |