| Case No. | CV 17-7841 FMO (ASx) | Date | October 2, 2019 |
|---|---|---|---|
| Title | Carlene Thie v. Anthony Christopher, et al. | | |

Present: The Honorable  Fernando M. Olguin, United States District Judge

| Cheryl Wynn | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions

Pursuant to the Court's Order of June 10, 2019, the parties were required to complete a settlement conference before the assigned magistrate judge no later than September 11, 2019. (See Dkt. 41, Court's Order of June 10, 2019, at 1). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See Court's Order of April 25, 2018, at 17). Otherwise, the parties were to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id.). As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT lead counsel for the parties shall appear on **Thursday, October 10, 2019, at 10:00 a.m. in courtroom 6D of the First Street Courthouse** to show cause why sanctions should not be imposed for failure to comply with the Court's Order of June 10, 2019. **Failure to appear on the date set forth above may result in the imposition of sanctions including, but not limited to, the dismissal of the case for lack of prosecution and failure to comply with the orders of the court, pursuant to Local Rule 41.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002). The order to show cause shall be deemed vacated in the event the parties file a notice of settlement prior to the hearing.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | cw | |